# EXHIBIT B

Case 1:24-cv-13185-JEK   Document 1-2   Filed 12/26/24   Page 1 of 19

# 2485CV01379 Wiernik, Skyler vs. Worcester Polytechnic Institute

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 11/15/2024
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Negligence - Personal Injury / Property Damage
- Status Date:
- 11/15/2024
- Case Judge:
- 
- Next Event:

| All Information | Party | Tickler | Docket | Disposition |

## Party Information

**Wiernik, Skyler**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Kristensen, Esq., John P
- Bar Code
- 712688
- Address
- Kristensen Law Group
  120 Santa Barbara St
  Suite C9
  Santa Barbara, CA  93105
- Phone Number
- (310)882-9711

**More Party Information**

**Worcester Polytechnic Institute**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Stallone, Esq., Melanie
- Bar Code
- 711658
- Address
- Cloherty and Steinberg LLP
  One Financial Center
  Suite 1120
  Boston, MA  02111
- Phone Number
- (617)481-0605
- Attorney
- Steinberg, Esq., Victoria L
- Bar Code
- 666482
- Address
- Cloherty and Steinberg LLP
  One Financial Center
  Suite 1120
  Boston, MA  02111
- Phone Number
- (617)481-0160

**More Party Information**

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 11/15/2024 | 02/13/2025 | 90 | 12/02/2024 |
| Answer | 11/15/2024 | 01/16/2025 | 62 | |
| Rule 12/19/20 Served By | 11/15/2024 | 01/16/2025 | 62 | |
| Rule 12/19/20 Filed By | 11/15/2024 | 02/13/2025 | 90 | |
| Rule 12/19/20 Heard By | 11/15/2024 | 05/14/2025 | 180 | |
| Rule 15 Served By | 11/15/2024 | 01/16/2025 | 62 | |
| Rule 15 Filed By | 11/15/2024 | 02/13/2025 | 90 | |
| Rule 15 Heard By | 11/15/2024 | 03/13/2025 | 118 | |
| Discovery | 11/15/2024 | 01/09/2026 | 420 | |
| Rule 56 Served By | 11/15/2024 | 02/09/2026 | 451 | |
| Rule 56 Filed By | 11/15/2024 | 03/09/2026 | 479 | |
| Final Pre-Trial Conference | 11/15/2024 | 07/06/2026 | 598 | |
| Judgment | 11/15/2024 | 01/11/2027 | 787 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/15/2024 | Complaint electronically filed. | 1 | Image |
| 11/15/2024 | Civil action cover sheet filed. | 2 | Image |
| 11/18/2024 | Case assigned to: DCM Track F - Fast Track was added on 11/18/2024 | | |
| 12/02/2024 | Service Returned for Worcester Polytechnic Institute through agent/person in charge on 11/27/24 [E-FILED; Original Requested on 12/03/24] | 3 | Image |
| 12/17/2024 | Attorney appearance electronically filed. Applies To: Stallone, Esq., Melanie (Attorney) on behalf of Worcester Polytechnic Institute (Defendant) | 4 | Image |
| 12/17/2024 | Attorney appearance electronically filed. Applies To: Steinberg, Esq., Victoria L (Attorney) on behalf of Worcester Polytechnic Institute (Defendant) | 5 | Image |
| 12/17/2024 | Plaintiff Skyler Wiernik's Joint Motion to to Amend Tracking Order [E-FILED] | 6 | Image |
| 12/20/2024 | Endorsement on Motion to amend tracking order (#6.0): ALLOWED by agreement. e-document sent 12/24/2024 Judge: Hamilton, Hon. Sarah | | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

# CIVIL ACTION COVER SHEET

**DOCKET NUMBER**
2485CV1379C

**Massachusetts Trial Court
Superior Court**

**COUNTY** Worcester

| | |
|---|---|
| **Plaintiff** Skyler Wiernik | **Defendant:** WORCESTER POLYTECHNIC NSTITUTE |
| **ADDRESS:** 39 Bent Road Sudbury, MA 01776 | **ADDRESS:** 100 Institute Road, Worcester, Massachusetts, 01609 |
| **Plaintiff Attorney:** John P. Kristensen | **Defendant Attorney:** |
| **ADDRESS:** 53 State St., Suite 500, Boston, MA 02109 | **ADDRESS:** |
| **BBO:** 712688 | **BBO:** |

## TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence - Personal Injury | F | ☒ YES   ☐ NO |

*If "Other" please describe:

Is there a claim under G.L. c. 93A?   ☐ YES   ☐ NO

Is there a class action under Mass. R. Civ. P. 23?   ☒ YES   ☐ NO

### STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date
  1. Total hospital expenses
  2. Total doctor expenses
  3. Total chiropractic expenses
  4. Total physical therapy expenses
  5. Total other expenses (describe below)

Subtotal (1-5): $0.00

B. Documented lost wages and compensation to date
C. Documented property damages to date
D. Reasonably anticipated future medical and hospital expenses
E. Reasonably anticipated lost wages
F. Other documented items of damages (describe below)   $4,000,000

Data Breach related damages

TOTAL (A-F): $4,000,000.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

Data Breach related damages

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X    Date:

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

N/A

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X   /s/John P. Kristensen    Date: November 15, 2024

SC0001: 02/24    www.mass.gov/courts    Date/Time Printed:11-15-2024 12:37:44

# CIVIL ACTION COVER SHEET INSTRUCTIONS —
## SELECT A CATEGORY THAT BEST DESCRIBES YOUR CASE*

### AC Actions Involving the State/Municipality †*

| | |
|---|---|
| AA1 Contract Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AB1 Tortious Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AC1 Real Property Action involving Commonwealth, Municipality, MBTA etc. | (A) |
| AD1 Equity Action involving Commonwealth, Municipality, MBTA, etc. | (A) |
| AE1 Administrative Action involving Commonwealth, Municipality, MBTA, etc. | (A) |

### CN Contract/Business Cases

| | |
|---|---|
| A01 Services, Labor, and Materials | (F) |
| A02 Goods Sold and Delivered | (F) |
| A03 Commercial Paper | (F) |
| A04 Employment Contract | (F) |
| A05 Consumer Revolving Credit - M.R.C.P. 8.1 | (F) |
| A06 Insurance Contract | (F) |
| A08 Sale or Lease of Real Estate | (F) |
| A12 Construction Dispute | (A) |
| A14 Interpleader | (F) |
| BA1 Governance, Conduct, Internal Affairs of Entities | (A) |
| BA3 Liability of Shareholders, Directors, Officers, Partners, etc. | (A) |
| BB1 Shareholder Derivative | (A) |
| BB2 Securities Transactions | (A) |
| BC1 Mergers, Consolidations, Sales of Assets, Issuance of Debt, Equity, etc. | (A) |
| BD1 Intellectual Property | (A) |
| BD2 Proprietary Information or Trade Secrets | (A) |
| BG1 Financial Institutions/Funds | (A) |
| BH1 Violation of Antitrust or Trade Regulation Laws | (A) |
| A99 Other Contract/Business Action - Specify | (F) |

* See Superior Court Standing Order 1-88 for an explanation of the tracking deadlines for each track designation: F, A, and X. On this page, the track designation for each case type is noted in parentheses.

†* Choose this case type if ANY party is the Commonwealth, a municipality, the MBTA, or any other governmental entity UNLESS your case is a case type listed under Administrative Civil Actions (AA).

‡ Choose this case type if ANY party is an incarcerated party, UNLESS your case is a case type listed under Administrative Civil Actions (AA) or is a Prisoner Habeas Corpus case (E97).

### ER Equitable Remedies

| | |
|---|---|
| D01 Specific Performance of a Contract | (A) |
| D02 Reach and Apply | (F) |
| D03 Injunction | (F) |
| D04 Reform/ Cancel Instrument | (F) |
| D05 Equitable Replevin | (F) |
| D06 Contribution or Indemnification | (F) |
| D07 Imposition of a Trust | (A) |
| D08 Minority Shareholder's Suit | (A) |
| D09 Interference in Contractual Relationship | (F) |
| D10 Accounting | (A) |
| D11 Enforcement of Restrictive Covenant | (F) |
| D12 Dissolution of a Partnership | (F) |
| D13 Declaratory Judgment, G.L. c. 231A | (A) |
| D14 Dissolution of a Corporation | (F) |
| D99 Other Equity Action | (F) |

### PA Civil Actions Involving Incarcerated Party ‡

| | |
|---|---|
| PA1 Contract Action involving an Incarcerated Party | (A) |
| PB1 Tortious Action involving an Incarcerated Party | (A) |
| PC1 Real Property Action involving an Incarcerated Party | (F) |
| PD1 Equity Action involving an Incarcerated Party | (F) |
| PE1 Administrative Action involving an Incarcerated Party | (F) |

### TR Torts

| | |
|---|---|
| B03 Motor Vehicle Negligence - Personal Injury/Property Damage | (F) |
| B04 Other Negligence - Personal Injury/Property Damage | (F) |
| B05 Products Liability | (A) |
| B06 Malpractice - Medical | (A) |
| B07 Malpractice - Other | (A) |
| B08 Wrongful Death - Non-medical | (A) |
| B15 Defamation | (A) |
| B19 Asbestos | (A) |
| B20 Personal Injury - Slip & Fall | (F) |
| B21 Environmental | (F) |
| B22 Employment Discrimination | (F) |
| BE1 Fraud, Business Torts, etc. | (A) |
| B99 Other Tortious Action | (F) |

### RP Summary Process (Real Property)

| | |
|---|---|
| S01 Summary Process - Residential | (X) |
| S02 Summary Process - Commercial/ Non-residential | (F) |

**TRANSFER YOUR SELECTION TO THE FACE SHEET**

### RP Real Property

| | |
|---|---|
| C01 Land Taking | (F) |
| C02 Zoning Appeal, G.L. c. 40A | (F) |
| C03 Dispute Concerning Title | (F) |
| C04 Foreclosure of a Mortgage | (X) |
| C05 Condominium Lien & Charges | (X) |
| C99 Other Real Property Action | (F) |

### MC Miscellaneous Civil Actions

| | |
|---|---|
| E18 Foreign Discovery Proceeding | (X) |
| E97 Prisoner Habeas Corpus | (X) |
| E22 Lottery Assignment, G.L. c. 10, § 28 | (X) |

### AB Abuse/Harassment Prevention

| | |
|---|---|
| E15 Abuse Prevention Petition, G.L. c. 209A | (X) |
| E21 Protection from Harassment, G.L. c. 258E | (X) |

### AA Administrative Civil Actions

| | |
|---|---|
| E02 Appeal from Administrative Agency, G.L. c. 30A | (X) |
| E03 Certiorari Action, G.L. c. 249, § 4 | (X) |
| E05 Confirmation of Arbitration Awards | (X) |
| E06 Mass Antitrust Act, G.L. c. 93, § 9 | (A) |
| E07 Mass Antitrust Act, G.L. c. 93, § 8 | (X) |
| E08 Appointment of a Receiver | (X) |
| E09 Construction Surety Bond, G.L. c. 149, §§ 29, 29A | (A) |
| E10 Summary Process Appeal | (X) |
| E11 Worker's Compensation | (X) |
| E16 Auto Surcharge Appeal | (X) |
| E17 Civil Rights Act, G.L. c.12, § 11H | (A) |
| E24 Appeal from District Court Commitment, G.L. c.123, § 9(b) | (X) |
| E94 Forfeiture, G.L. c. 265, § 56 | (X) |
| E95 Forfeiture, G.L. c. 94C, § 47 | (F) |
| E99 Other Administrative Action | (X) |
| Z01 Medical Malpractice - Tribunal only, G.L. c. 231, § 60B | (F) |
| Z02 Appeal Bond Denial | (X) |

### SO Sex Offender Review

| | |
|---|---|
| E12 SDP Commitment, G.L. c. 123A, § 12 | (X) |
| E14 SDP Petition, G.L. c. 123A, § 9(b) | (X) |

### RC Restricted Civil Actions

| | |
|---|---|
| E19 Sex Offender Registry, G.L. c. 6, § 178M | (X) |
| E27 Minor Seeking Consent, G.L. c.112, § 12S | (X) |

**EXAMPLE:**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04 | Other Negligence-Personal Injury | F | ☒ YES  ☐ NO |

## STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

**DUTY OF THE PLAINTIFF** — On the face of the Civil Action Cover Sheet (or on attached additional sheets, if necessary), the plaintiff shall state the facts on which the plaintiff relies to determine money damages. A copy of the completed Civil Action Cover Sheet, including the statement concerning damages, shall be served with the complaint. **A clerk-magistrate shall not accept for filing a complaint, except as otherwise provided by law, unless it is accompanied by such a statement signed by the attorney or self-represented litigant.**

**DUTY OF THE DEFENDANT** — If the defendant believes that the statement of damages filed by the plaintiff is inadequate, the defendant may file with the defendant's answer a statement specifying the potential damages which may result if the plaintiff prevails.

## A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.
## IF THIS COVER SHEET IS NOT FILLED OUT THOROUGHLY AND
## ACCURATELY, THE CASE MAY BE DISMISSED.



# COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, ss | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

SKYLER WIERNIK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

WORCESTER POLYTECHNIC INSTITUTE,

    Defendant.

Civil Case No. 2485VC01379

**CLASS ACTION**

**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT WORCESTER POLYTECHNIC**

**KRISTENSEN LAW GROUP**

## PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT WORCESTER POLYTECHNIC INSTITUTE

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with Massachusetts Rule of Civil Procedure 4, attached hereto as "Exhibit 1" is a true and correct copy of the proof of service of the Summons, Complaint, and other case initiating documents upon defendant Worcester Polytechnic Institute ("Defendant"), which was served on November 27, 2024. Defendant North Cottage Program, Inc.'s deadline to serve plaintiff Skyler Wiernik ("Plaintiff") with a responsive pleading is Tuesday, December 17, 2024.

Dated: December 1, 2024

Respectfully submitted,

*/s/ John P. Kristensen*

John P. Kristensen, BBO # 712688
**KRISTENSEN LAW GROUP**
53 State Street, Suite 500
Boston, MA 02109
Telephone: (617) 913-0363
john@kristensen.law

Leigh S. Montgomery*
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
1105 Milford Street
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**ATTORNEYS FOR PLAINTIFF**
(* denotes *pro hac vice* forthcoming)

# EXHIBIT

# -1-

| SUMMONS | CIVIL DOCKET NO. 2485CV1379C | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| Case Name: SKYLER WIERNIK, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>Vs.<br>WORCESTER POLYTECHNIC INSTITUTE<br><br>Defendant(s) | | Dennis P. McManus    Clerk of Courts<br>Worcester    County<br><br>COURT NAME & ADDRESS:<br>Worcester Superior Court<br>225 Main Street<br>Worcester, MA 01608 |

THIS SUMMONS IS DIRECED TO __Worcester Polytechnic Institute__

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the Worcester Superior Court.

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. If you need more time to respond, you may request an extension of time in writing from the Court.

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court and mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

a) Filing your signed original response with the Clerk's Office for Civil Business, _____ Court (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the complaint was e-filed through that portal, **AND**

b) Delivering or mailing a copy of your response to the Plaintiff's attorney/Plaintiff at the following address: John P. Kristensen, Kristensen Law Group, 53 State St, Suite 500, Boston, MA 02109 - john@kristensen.law

**3. What to include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you mut include those claims in your Answer. Otherwise, you may lose your right to sue the plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must specifically request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont).** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under Rule 12 of the Massachusetts Rules of Civil Procedure. If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice I the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti, Chief Justice on _____, 20____. (Seal)

Clerk _____

Note: The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

**PROOF OF SERVICE OF PROCESS**

I hereby certify that on __November 27, 2024__, I served a copy of this Summons, together with a copy of the Complaint in this action, on the Defendant named in the Summons, in the following manner (See Rule 4(d)(1-5) of the Massachusetts Rules of Civil Procedure):

In hand to Camille Bouchard-Chhoeuk Operations Director, Vice Provost for Research as authorized to accept service on behalf of Office of General Counsel, Worcester Polytechnic Institute, 100 Institute Road, Boynton Hall, 1st Floor, #104C, Worcester, MA 01609

Dated: 11/27/2024    Signature: _____

**N.B. TO PROCESS SERVER:**

PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX – BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.

Date: 11/27/2024

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                       SUPERIOR COURT DEPARTMENT
                                                      CIVIL ACTION NO. 2485CV01379

---

SKYLER WIERNIK, individually and on behalf
of all others similarly situated,

    Plaintiff,

    v.

WORCESTER POLYTECHNIC INSTITUTE,

    Defendant.

---

## NOTICE OF APPEARANCE

Please enter the appearance of Melanie Stallone as counsel for the Defendant Worcester Polytechnic Institute in the above-captioned matter.

Respectfully submitted,

_____
Melanie Stallone (BBO #711658)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
Tel: (617) 481-0160
mstallone@clohertysteinberg.com

Dated: December 17, 2024

## CERTIFICATE OF SERVICE

I, Melanie Stallone, hereby certify that on December 17, 2024, a true and correct copy of the foregoing document was served via email upon on all counsel of record.

_____
Melanie Stallone

Date Filed 12/17/2024 9:45 PM  Case 1:24-cv-13185-JEK   Document 1-2   Filed 12/26/24   Page 13 of 19
Superior Court - Worcester
Docket Number 2485CV01379

E-FILED

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                         SUPERIOR COURT DEPARTMENT
                                                       CIVIL ACTION NO. 2485CV01379

SKYLER WIERNIK, individually and on behalf
of all others similarly situated,

   Plaintiff,

   v.

WORCESTER POLYTECHNIC INSTITUTE,

   Defendant.

### NOTICE OF APPEARANCE

Please enter the appearance of Victoria L. Steinberg as counsel for the Defendant Worcester Polytechnic Institute in the above-captioned matter.

Respectfully submitted,

_____
Victoria L. Steinberg (BBO #666482)
Cloherty & Steinberg LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160
vsteinberg@clohertysteinberg.com

Dated: December 17, 2024

## **CERTIFICATE OF SERVICE**

I, Melanie Stallone, hereby certify that on December 17, 2024, a true and correct copy of the foregoing document was served via email upon on all counsel of record.

_____
Melanie Stallone

2

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.　　　　　　　　　　　　　　　SUPERIOR COURT DEPARTMENT
　　　　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 2485CV01379  C

---

SKYLER WIERNIK, individually and on behalf of all others similarly situated,

　　Plaintiff,

v.

WORCESTER POLYTECHNIC INSTITUTE,

　　Defendant.

---

6~

## JOINT MOTION TO AMEND TRACKING ORDER

Pursuant to Massachusetts Superior Court Rule 9F, Plaintiff Skyler Wiernik and Defendant Worcester Polytechnic Institute ("WPI") (together, the "Parties") hereby jointly request that the Court amend the Tracking Order for this case. This Joint Request is the first request regarding the deadlines set by the Court in this case.

Service of the Summons and Complaint was made on November 27, 2024, and service of a responsive pleading is due by December 17, 2024. The Parties have agreed to a one-month extension of time, through and including January 16, 2025, for WPI to serve Plaintiff with a responsive pleading. Accordingly, the Parties jointly request that the Court amend the Tracking Order to reflect the Parties' agreed-upon responsive pleading deadline, and to set any subsequent deadlines in kind. The Parties have conferred and agree that no party will be prejudiced by allowance of this motion.

Specifically, the Parties have conferred and request that the Court amend the Tracking Order as follows:

| Event | Parties' Proposed Deadline |
|---|---|
| Answer | January 16, 2025 |
| Rule 12/19/20 Served By | January 16, 2025 |
| Rule 12/19/20 Filed By | February 13, 2025 |
| Rule 12/19/20 Heard By | March 13, 2025 |
| Rule 15 Served By | January 16, 2025 |
| Rule 15 Filed By | February 13, 2025 |
| Rule 15 Heard By | March 13, 2025 |
| Discovery | January 9, 2026 |
| Rule 56 Served By | February 9, 2026 |
| Rule 56 Filed By | March 9, 2026 |
| Final Pre-Trial Conference | July 6, 2026 |
| Judgment | January 11, 2027 |

**WHEREFORE**, the Parties jointly request that this Court amend the Tracking Order in this case to reflect the Parties' agreed-upon deadline for WPI to submit its responsive pleading and set all subsequent deadlines in kind.

Dated:  December 17, 2024

Respectfully submitted,

**WORCESTER POLYTECHNIC INSTITUTE**,
By its attorneys,

/s/ *Victoria L Steinberg*
Victoria L. Steinberg (BBO #666482)
vsteinberg@clohertysteinberg.com
Melanie Stallone (BBO #711658)
mstallone@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
Tel: (617) 481-0160

/s/ *Carey S. Busen*
Carey S. Busen* (DC Bar #982217)
cbusen@bakerlaw.com
Gilbert S. Keteltas* (DC Bar #421236)
gketeltas@bakerlaw.com
BAKER & HOSTETLER LLP
1050 Connecticut Ave N.W., Suite 1100
Washington, DC 20036
Tel: (202) 861-1568


**SKYLER WIERNIK**,
By his attorneys,

/s/ John P. Kristensen
John P. Kristensen (BBO #712688)
john@kristensen.law
KRISTENSEN LAW GROUP
53 State Street, Suite 500
Boston, MA 02109
Tel: (617) 913-0360

/s/ Leigh S. Montgomery
Leigh S. Montgomery* (TX Bar #24052214)
lmontgomery@eksm.com
EKSM, LLP
1105 Milford Street
Houston, Texas 77006
Tel: (888) 350-3931

(*pro hac vice motion forthcoming)

3

**CERTIFICATE OF SERVICE**

      I, Victoria L. Steinberg, hereby certify that on December 17, 2024, a true and correct copy of the foregoing document was served via email upon on all counsel of record.

                                                  /s/ Victoria L. Steinberg
                                                  Victoria L. Steinberg

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                              SUPERIOR COURT DEPARTMENT
                                            CIVIL ACTION NO. 2485CV01379  C

---

SKYLER WIERNIK, individually and on behalf
of all others similarly situated,

    Plaintiff,

        v.

WORCESTER POLYTECHNIC INSTITUTE,

    Defendant.

---

6~

*[Handwritten margin notes: "12/20/24. allowed by agreement. Nauti, CJ."; "Summons sent 12/24/24"]*

## JOINT MOTION TO AMEND TRACKING ORDER

Pursuant to Massachusetts Superior Court Rule 9F, Plaintiff Skyler Wiernik and Defendant Worcester Polytechnic Institute ("WPI") (together, the "Parties") hereby jointly request that the Court amend the Tracking Order for this case. This Joint Request is the first request regarding the deadlines set by the Court in this case.

Service of the Summons and Complaint was made on November 27, 2024, and service of a responsive pleading is due by December 17, 2024. The Parties have agreed to a one-month extension of time, through and including January 16, 2025, for WPI to serve Plaintiff with a responsive pleading. Accordingly, the Parties jointly request that the Court amend the Tracking Order to reflect the Parties' agreed-upon responsive pleading deadline, and to set any subsequent deadlines in kind. The Parties have conferred and agree that no party will be prejudiced by allowance of this motion.

Specifically, the Parties have conferred and request that the Court amend the Tracking Order as follows: