IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SKYLER WIERNIK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WORCESTER POLYTECHNIC INSTITUTE,<br><br>        Defendant. | Case No: 1:24-CV-13185-JEK |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Skyler Wiernik, individually and on behalf of all others similarly situated ("Plaintiff") hereby voluntarily dismisses Defendant Worcester Polytechnic Institute ("Defendant") without prejudice.

Date: February 03, 2025,                    Respectfully submitted,

                                                   */s/ John P. Kristensen*
                                                   John P. Kristensen, BBO # 712688
                                                   **KRISTENSEN LAW GROUP**
                                                   53 State Street, Suite 500
                                                   Boston, MA 02109
                                                   Telephone: (617) 913-0363
                                                   *john@kristensen.law*
                                                   **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I certify that on Monday, February 3, 2025 a true and correct copy of the attached **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE** was served via CM/ECF upon all parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

 

*/s/ John P. Kristensen*
John P. Kristensen